# EXHIBIT 2

21-021626

# OFFICIAL MINUTES
## Marion County Board of Education
### Regular Session
### February 16, 2026
**CENTRAL OFFICE**
3:30 pm

The meeting was held in the Central Office Conference Room and streamed on our webpage at Marionboe.com.

The Marion County Board of Education met in a Regular Session on February 16, 2026, at 3:30 pm.

Pastor Brandon Rohrbacher gave the invocation, Mrs. DeWitt led the Pledge of Allegiance.

President Mr. Boyles called the meeting to order at 3:01 pm.

MEMBERS PRESENT:  Mr. Boyles, Mrs. Costello, Mr. Dragich, Mr. Rogers, and Rev. Saunders, Superintendent Dr. Heston

**21-1000 INFORMATION – RECOGNITIONS – RECOMMENDATIONS - REPORTS**
    1)    Public Relation Reports:
         **WVU Extension Agency** – Bacon, Ham, and Egg Show on March 6th
    2)        Delegations
      a) Matthew Offutt

**NEW BUSINESS**
Mr. Saunders made a motion, seconded by Mr. Rogers to approve the following:
**21-2000 MINUTES – AGREEMENTS – CONTRACTS**
**2453 MINUTES**
    The approval of the Official Minutes for the Special Meeting on February 2, 2026.

**2454 MINUTES**
    The approval of the Official Minutes for the Regular Meeting on February 3, 2026.

**2455 MINUTES**
    The approval of the Official Minutes for the Special Meeting on February 5, 2026.

1

21-021626

**2456 STIPEND**

The approval of the Spring stipend for Marion County BOE full time or half time regular/permanent employees who worked beyond the contracted or employment term, in the amount of $1,250.00 per employee.
FUNDING: Excess Levy

**2457 WEST VIRGINIA DOE VIRTUAL SCHOOL FALL SEMESTER TUITION**

The approval of the payment for Marion County students enrolled in West Virginia Department of Education Virtual School for the fall semester in the amount of $18,550.  Marion County students were enrolled in 165 courses for the fall semester.
FUNDING: County

**2458 CAINCO LLC – MARION COUNTY TECH CENTER – INDUSTRIAL SLICER**

The approval of the purchase of a C2000 Extended Length Industrial Slicer from CainCo LLC in the amount of $19,517.50.
FUNDING: Perkins
OTHER BIDS: WebstaurantStore $20,755.00; KaTom Restaurant Supply $52,812.60

**2459 FIELD TRIP – OVERNIGHT – PRIVATE AUTO – *RETROACTIVE (DUE TO WEATHER)***

The approval of the following:
**EAST DALE ELEMENTARY SCHOOL STUDENT VISUALLY IMPAIRED,**
granted permission to use private auto to travel to Winterplace Ski Resort, Flat Top Mountain Rd., Ghent, WV, February 11-12, 2026 to attend the CVRP Ski Trip for the Blind and Visually Impaired.
Approximate number of students: 2
Chaperone(s): E. Bashaw
Approximate Cost: $100.00
Source of funds: CVRP (Children's Vision Rehabilitation Program)
Number of school days lost: 2

**2460 FIELD TRIP – OVERNIGHT – OUT OF STATE – COUNTY BUS**

The approval of the following:
**EAST FAIRMONT HIGH SCHOOL STUDENT COUNCIL,** granted permission to use county bus (with Fairmont Senior High School) to travel to Washington, DC, February 26, 2026-March 1, 2026 to attend L.E.A.D. (NASC) Conference.
Approximate number of students: 6
Chaperone(s): J. Long
Approximate Cost: $3,000.00
Source of funds: Students
Number of school days lost: 2

21-021626

**2461 FIELD TRIP – OVERNIGHT – PRIVATE AUTO**
The approval of the following:
**NORTH MARION HIGH SCHOOL WRESTLING,** granted permission to use private auto to travel to Huntington, WV, March 5-7, 2026 for the State Wrestling Tournament.
Approximate number of students: TBD
Chaperone(s): D. Hays, P. Baker, T. Carmen, R. Juarez, M. Rogers, K. Smith, D. Holbert, A. Brown
Approximate Cost: $4,000.00
Source of funds: Wrestling Boosters
Number of school days lost: 2

**2462 FIELD TRIP – OVERNIGHT – PRIVATE AUTO**
The approval of the following:
**NORTH MARION HIGH SCHOOL GIRLS BASKETBALL,** granted permission to use private auto to travel to the Charleston Civic Center, Charleston, WV, March 11-15, 2026 for the Girls State Basketball Tournament.
Approximate number of students: 13
Chaperone(s): C. Freeman
Approximate Cost: $1,000.00
Source of funds: Boosters
Number of school days lost: 3

**2463 FIELD TRIP – OVERNIGHT – PRIVATE AUTO**
The approval of the following:
**NORTH MARION HIGH SCHOOL MENS BASKETBALL,** granted permission to use private auto to travel to the Charleston Civic Center, Charleston, WV, March 17-22, 2026 for the State Basketball Tournament.
Approximate number of students: 15
Chaperone(s): S. Harbert, J. Balwanz
Approximate Cost: $2,500.00
Source of funds: Boosters
Number of school days lost: 4

**2464 FIELD TRIP – COUNTY BUS – OUT-OF-STATE**
The approval of the following:
**TRINITY ASSEMBLY OF GOD,** granted permission to use a county bus to travel to Pine Creek Camp, Gore, VA, July 6, 2026 to take students at Trinity Church to church camp.
Approximate number of students: 45
Chaperone(s): Trinity Assembly of God
Approximate Cost: $300.00
Source of funds: Trinity
Number of school days lost: 0

3

21-021626

**2465 <u>FIELD TRIP – COUNTY BUS – OUT-OF-STATE</u>**
The approval of the following:
**TRINITY ASSEMBLY OF GOD,** granted permission to use a county bus to travel to Pine Creek Camp, Gore, VA, July 10, 2026 to pick up Trinity Church students at church camp.
Approximate number of students: 45
Chaperone(s): Trinity Assembly of God
Approximate Cost: $300.00
Source of funds: Trinity
Number of school days lost: 0

**2466 <u>USE OF FACILITIES – EAST FAIRMONT MIDDLE SCHOOL – MUSHIN DO KARATE</u>**
The approval of the Use of Facilities form with Mushin Do Karate to use the East Fairmont Middle School Gym, Cafeteria, and Base Room for a Karate Tournament from May 15-16, 2026.

**2467 <u>USE OF FACILITIES – PLEASANT VALLEY ELEMENTARY SCHOOL – GIRLS ON THE RUN</u>**
The approval of the Use of Facilities form with Girls on the Run to use the Cafeteria and Playground area at Pleasant Valley Elementary School for practices from February 17, 2026 through May 20, 2026.

**2468 <u>USE OF FACILITIES – RIVESVILLE ELEM/MIDDLE SCHOOL – RIVESVILLE SCHOOL FOUNDATION</u>**
The approval of the Use of Facilities form with Rivesville School Foundation to use the gym and outside school property at Rivesville Elem/Middle School for a community Easter egg hunt on March 28, 2026.

**2469 <u>USE OF FACILITIES – WEST FAIRMONT MIDDLE SCHOOL – MARION COUNTY FREEZE LACROSSE</u>**
The approval of the Use of Facilities form with Marion County Freeze Lacrosse to use the West Fairmont Middle School Field for a secondary Lacrosse practice field from February 17, 2026 through April 30, 2026.

**2470 <u>MOU – MCPARC – WEST FAIRMONT MIDDLE SCHOOL BASEBALL</u>**
The approval of the Memorandum of Understanding with MCPARC for West Fairmont Middle School Baseball to use the facilities at MCPARC from February 16, 2026 through November 1, 2026.

4

**2471 FIELD TRIP – OVERNIGHT – OUT OF STATE – COUNTY BUS**
The approval of the following:
**WEST FAIRMONT MIDDLE SCHOOL STUDENT COUNCIL,** granted permission to use county bus (with Fairmont Senior High School) to travel to Washington, DC, February 26, 2026-March 1, 2026 to attend L.E.A.D. (NASC) Conference.
Approximate number of students: 15
Chaperone(s): M. Betler, B. Fetty
Approximate Cost: $4,000.00
Source of funds: Students
Number of school days lost: 2

**2472 FIELD TRIP – OVERNIGHT – PRIVATE AUTO**
The approval of the following:
**EAST FAIRMONT HIGH SCHOOL ALL STATE CHORUS,** granted permission to use private auto to travel to Charleston, WV, March 5-7, 2026 for All State Chorus.
Approximate number of students: 8
Chaperone(s): M. Carpenter, A. Carpenter
Approximate Cost: $2,000.00
Source of funds: Boosters
Number of school days lost: 2

**2473 USE OF FACILITIES – EAST PARK ELEMENTARY SCHOOL – MARION COUNTY SPECIAL OLYMPICS**
The approval of the Use of Facilities form with Marion County Special Olympics to use the East Park Elementary School gym for cheer practices from February 17, 2026 through March 31, 2026.

**2474 USE OF FACILITIES – WATSON ELEMENTARY SCHOOL – MARION COUNTY YOUTH SOCCER ASSOCIATION**
The approval of the Use of Facilities form with the Marion County Youth Soccer Association to use the Watson Elementary School practice fields for soccer practice from March 1, 2026 through May 30, 2026.
*YEAS*: *Boyles, Costello, Dragich, Rogers, Saunders*          *NAYS*: 0

Mrs. Costello made a motion, seconded by Mr. Rogers to approve the following:
**21-3000 FINANCIAL**
**3037** Budget Supplements and transfers dated ~~January 28, 2026~~February 11, 2026 are viewable in the attachments on the Marionboe.com website.

5

21-021626

**3038** Monthly Treasurer's Report dated ~~June 30, 2025~~February 11, 2026 are viewable in the attachments on the Marionboe.com website.

**3039** Vendor List (excluding Aultman Distributors, Inc. and V&W Electrical Sales) are viewable in the attachments for February ~~3~~16, 2026 on the Marionboe.com website.

*YEAS*:  *Boyles, Costello, Dragich, Rogers, Saunders*          *NAYS*:  *0*

Mrs. Costello made a motion, seconded by Mr. Dragich to approve the following: (and *Mr. Rogers recused himself and left the room for Item #3040*)

**3040** Vendor List (Aultman Distributors, Inc. and V&W Electrical Sales only) are viewable in the attachments for February ~~3~~16, 2026 on the Marionboe.com website.

*YEAS*:  *Boyles, Costello, Dragich, Saunders*          *NAYS*:  *0*
       *RECUSE*: *Rogers*

Mr. Rogers made a motion, seconded by Mrs. Costello to approve the following ***Except for items 4309 which was voted on separately after Executive Session, and 4321 which was voted on separately at the end of the 4000 Series.***

**21-4000 PERSONNEL**

**The Superintendent reserves the right to submit an alternate name during the meeting when necessary.**

**4304 EMPLOYMENT – PAID COACHES**

The approval of the following coaching positions effective for the 2025-26 season pending WV certification and CIB verification if needed:

**Barrackville**
**PN 41359**

| | | |
|---|---|---|
| Murranda Duckworth | Assistant Softball | SSAC |

**Fairmont Senior High School**
**PN 40752**

| | | |
|---|---|---|
| Joel Parker | Assistant Girls Track | SSAC |

**West Fairmont Middle School**
**PN 41423**

| | | |
|---|---|---|
| Bradley Ross | Assistant Wrestling | SSAC |

21-021626

**4305 VOLUNTEER - COACHES**

The approval of the following non-paid coaches effective for the 2025-26 season pending WV certification and CIB verification if needed:

*East Fairmont Middle School*
**PN 40843**

| | | |
|---|---|---|
| Trad Sokol | Baseball/Volunteer | SSAC |

*Fairmont Senior High School*
**PN 40767**

| | | |
|---|---|---|
| Alex Peschl | Baseball/Volunteer | SSAC |

*West Fairmont Middle School*
**PN 41268**

| | | |
|---|---|---|
| Justin Ammons | Wrestling/Volunteer | SSAC |

**4306 PROFESSIONAL LEAVE**

The approval of the following:

Breck Loudermilk, Teacher, Fairmont Senior High School, granted permission to attend KAST-Kentucky Association for School Technology, in Louisville, KY, from March 11, 2026-March 13, 2026.
To be funded by: MCBOE

Jenna Wolfe, Teacher, East Fairmont Middle School, granted permission to attend LEAD Conference, in Washington, DC, from February 26, 2026-March 1, 2026.
To be funded by: MCBOE/Self

**4307 LEAVE OF ABSENCE – PROFESSIONAL PERSONNEL**

The approval of the following:

| | | |
|---|---|---|
| Rachel Devor | Teacher | North Marion High School |

Granted a leave of absence *AS NEEDED* from February 18, 2026 to April 18, 2026.

**4308 AMENDED LEAVE OF ABSENCE – PROFESSIONAL PERSONNEL FROM THE JANUARY 20, 2026 AGENDA, ITEM #4278**

The approval of the following:

| | | |
|---|---|---|
| Brittany Barker | Teacher | East Fairmont Middle School |

Granted a leave of absence from January 20, 2026 to ~~April 13, 2026~~. **April 27, 2026.**

7

21-021626

### 4310 EMPLOYMENT – PROFESSIONAL PERSONNEL-SPECIAL OLYMPICS FACILITATORS

The approval of the following:

#### PN 57087
Corey Hines

Special Olympics Facilitator
Fairmont Senior High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

#### PN 57085
Johnna Perris

Special Olympics Facilitator
North Marion High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

#### PN 57086
Rhonda Reed

Special Olympics Facilitator
East Fairmont High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

#### PN 57087
Elizabeth Rende

Special Olympics Facilitator
Fairmont Senior High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

#### PN 57085
Claudia Santee

Special Olympics Facilitator
North Marion High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

#### PN 57086
~~Stevee Taylor~~ Natalie Summers

Special Olympics Facilitator
East Fairmont High School
$750.00 Paid with IDEA Funds
Event Date: April 30, 2026
Rain Date: May 7, 2026

8

21-021626

### 4311 EMPLOYMENT – SUBSTITUTE TEACHERS
The approval of the following pending WV certification and CIB verification:

| | |
|---|---|
| Lauren Brammer | Sub Permit |
| Mayra Carter | Restricted Sub Permit |
| Jessica Coberly | Sub Permit |
| Jennifer Curtis | Sub Permit |
| Mackenzie Harshbarger | Sub Permit |
| McKensie Haught | Residency Permit |
| Kaitlyn Wilde | Residency Permit |

### 4312 RETIREMENT – SERVICE PERSONNEL
The approval of the service personnel retirements as follows:

Trina Caputo        Custodian I/II
West Fairmont Middle School
210 Days
Effective:    June 30, 2026

Lisa May        Bus Aide #25
(Mannington Bus Garage)
Transportation Department
200 Days
Effective:    June 30, 2026

### 4313 LEAVE OF ABSENCE – SERVICE PERSONNEL
The approval of the following:

Marc Adams                Custodian        East Fairmont High School
Granted a leave of absence on January 23, 2026.

Stacie Carpenter            LPN            East Dale Elementary School
Granted a leave of absence from March 3, 2026 to April 14, 2026.

Tina Gump                ECCAT            Fairview Elementary School
Granted a leave of absence *AS NEEDED* from February 16, 2026 to June 30, 2026.

9

21-021626

Tina Hoffman                Payroll Supervisor    Central Office
Granted a leave of absence on January 30, 2026.

Charlotte Merriman         LPN                  Watson Elementary School
Granted a leave of absence on February 3, 2026.

Charlotte Merriman         LPN                  Watson Elementary School
Granted a leave of absence on February 10, 2026.

Randall Jordan             ECCAT                East Dale Elementary School
Granted a leave of absence **AS NEEDED** from January 5, 2026
to June 30, 2026.

### 4314 EMPLOYMENT – SERVICE PERSONNEL
The approval of the following:

**PN 57584**
Richard Ammons   Custodian I/II
                 Rivesville Elementary/Middle
                 210 Days
                 7:00 am-2:30 pm
                 Effective: **Pending CIB**

~~PULLED   PN 57582~~
~~Yelanny Chirinos   Custodian I/II~~
~~Fairmont Senior High School~~
~~210 Days~~
~~3:00 pm-10:30 pm~~
~~Effective: *Pending CIB*~~

**PN 57585**
Vanessa Corante  ECCAT Pre-K
                 Fairview Elementary School
                 200 Days
                 8:00 am-3:30 pm
                 Effective: February 18, 2026

**PN 58017**
Tonya Decker     Sp Ed Aide-Itinerant
                 Fairmont Senior High School
                 200 Days
                 6:45 am-12:45 pm
                 Effective: February 18, 2026

10

21-021626

### PN 54517
Austin Nicholson  Cook I/II
Rivesville Elementary/Middle School
200 Days
5:30 am-1:00 pm
Effective: February 18, 2026

### PN 57581
Michael Tokarz      Custodian I/II
West Fairmont Middle School
210 Days
3:00 pm-10:30 pm
Effective: ***Pending CIB***


### 4315 EMPLOYMENT – SERVICE PERSONNEL-EXTRA CURRICULAR RUN DRIVERS FOR CLAY2GO EXHIBIT
The approval of the following:
### PN 57993
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
Rivesville-AS NEEDED
8:45 am-Pick up students at Rivesville and
Deliver to North Marion High School
Depart for return to Rivesville at 10:45 am
Date: Wednesday, March 11th (3&4 Grade)


### PN 57994
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
East Dale-AS NEEDED
8:45 am-Pick up students at East Dale and
Deliver to North Marion High School
Depart for return to East Dale at 10:45 am
Date: Thursday, March 12th (4th Grade)


### PN 57995
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
East Park-AS NEEDED
8:45 am-Pick up students at East Park and
Deliver to North Marion High School
Depart for return to East Park at 10:45 am
Date: Monday, March 16th (3rd Grade)

11

21-021626

### PN 57996
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
East Park-AS NEEDED
8:45 am-Pick up students at East Park and
Deliver to North Marion High School
Depart for return to East Park at 10:45 am
Date: Tuesday, March 17th (4th Grade)

### PN 57997
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
Blackshere-AS NEEDED
8:45 am-Pick up students at Blackshere and
Deliver to North Marion High School
Depart for return to Blackshere at 10:45 am
Date: Wednesday, March 18th (3rd Grade)

### PN 57998
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
Fairview Elementary-AS NEEDED
8:45 am-Pick up students at Fairview Elementary and
Deliver to North Marion High School
Depart for return to Fairview Elementary at 10:45 am
Date: Thursday, March 19th (3&4 Grade)

### PN 58000
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
Jayenne-AS NEEDED
8:45 am-Pick up students at Jayenne and
Deliver to North Marion High School
Depart for return to Jayenne at 10:45 am
Date: ~~Thursday, March 19th (3&4 Grade)~~
        Friday, March 20th (4th Grade)

### PN 58001
David Butcher      Extra Curricular AM Run Driver for Clay2Go Exhibit
Monongah Elementary-AS NEEDED
8:45 am-Pick up students at Monongah Elementary and
Deliver to North Marion High School
Depart for return to Monongah Elementary at 10:45 am
Date: Monday, March 23rd (4th Grade)

21-021626

**PN 58002**
<u>David Butcher</u>

Extra Curricular AM Run Driver for Clay2Go Exhibit
Watson-AS NEEDED
8:45 am-Pick up students at Watson and
Deliver to North Marion High School
Depart for return to Watson at 10:45 am
Date: Tuesday, March 24th (4th Grade)

**PN 58004**
<u>David Butcher</u>

Extra Curricular AM Run Driver for Clay2Go Exhibit
Pleasant Valley-AS NEEDED
8:45 am-Pick up students at Pleasant Valley and
Deliver to North Marion High School
Depart for return to Pleasant Valley at 10:45 am
Date: Thursday, March 26th (4th Grade)

**PN 58005**
<u>David Butcher</u>

Extra Curricular PM Run Driver for Clay2Go Exhibit
Barrackville-AS NEEDED
11:30 am-Pick up students at Barrackville and
Deliver to North Marion High School
Depart for return to Barrackville at 1:30 pm
Date: Wednesday, March 11th (3&4 Grade)

**PN 58006**
<u>David Butcher</u>

Extra Curricular PM Run Driver for Clay2Go Exhibit
East Dale-AS NEEDED
11:30 am-Pick up students at East Dale and
Deliver to North Marion High School
Depart for return to East Dale at 1:30 pm
Date: Thursday, March 12th (3rd Grade)

**PN 58007**
<u>David Butcher</u>

Extra Curricular PM Run Driver for Clay2Go Exhibit
East Park-AS NEEDED
11:30 am-Pick up students at East Park and
Deliver to North Marion High School
Depart for return to East Park at 1:30 pm
Date: Monday, March 16th (3&4 Grade)

21-021626

### PN 58008
David Butcher    Extra Curricular PM Run Driver for Clay2Go Exhibit
Blackshere-AS NEEDED
11:30 am-Pick up students at Blackshere and
Deliver to North Marion High School
Depart for return to Blackshere at 1:30 pm
Date: Wednesday, March 18th (4th Grade)

### PN 58009
David Butcher    Extra Curricular PM Run Driver for Clay2Go Exhibit
Jayenne-AS NEEDED
11:30 am-Pick up students at Jayenne and
Deliver to North Marion High School
Depart for return to Jayenne at 1:30 pm
Date: Thursday, March 19th (3rd Grade)

### PN 58011
David Butcher    Extra Curricular PM Run Driver for Clay2Go Exhibit
Watson-AS NEEDED
11:30 am-Pick up students at Watson and
Deliver to North Marion High School
Depart for return to Watson at 1:30 pm
Date: Monday, March 23rd (3rd Grade)

### PN 58012
David Butcher    Extra Curricular PM Run Driver for Clay2Go Exhibit
White Hall-AS NEEDED
11:30 am-Pick up students at White Hall and
Deliver to North Marion High School
Depart for return to White Hall at 1:30 pm
Date: Tuesday, March 24th (3rd Grade)

### PN 58013
David Butcher    Extra Curricular PM Run Driver for Clay2Go Exhibit
White Hall-AS NEEDED
11:30 am-Pick up students at White Hall and
Deliver to North Marion High School
Depart for return to White Hall at 1:30 pm
Date: Wednesday, March 25th (4th Grade)

14

21-021626

**PN 58010**
Chris Efaw

Extra Curricular PM Run Driver for Clay2Go Exhibit
Monongah Elementary-AS NEEDED
11:30 am-Pick up students at Monongah Elementary and
Deliver to North Marion High School
Depart for return to Monongah Elementary at 1:30 pm
Date: Friday, March 20th (3rd Grade)

**4316 REASSIGNMENT – SERVICE PERSONNEL**
The approval of the following:

|  | From: | To: |
|---|---|---|
| **PN 57590**<br>Marc Adams | Custodian I/II<br>East Fairmont High School<br>210 Days<br>2:30 pm-10:00 pm | Cook I/II<br>East Fairmont Middle<br>200 Days<br>6:00 am-1:30 pm<br>Effective:  February 18, 2026 |
| **PN 58015**<br>James Miller | Custodian I/II<br>Watson Elementary<br>210 Days<br>6:30 am-2:00 pm | Custodian I/II<br>Watson Elementary<br>210 Days<br>3:00 pm-10:30 pm<br>Effective:  February 18, 2026 |
| **PN 58016**<br>Kacy Snodgrass | Cook I/II-Half Time<br>Barrackville Elem/Middle<br>200 Days<br>9:45 am-1:15 pm | Cook I/II-Half Time<br>Mannington Middle<br>200 Days<br>9:30 am-1:00 pm<br>Effective:  February 18, 2026 |
| **PN 57587**<br>Leslie Stalnaker | Cook I/II-Half Time<br>Pleasant Valley Elementary<br>200 Days<br>9:15 am-12:45 pm | ECCAT-Grade 3<br>Rivesville Elementary/Middle<br>200 Days<br>9:15 am-3:15 pm<br>Effective:  March 30, 2026 |

**4317 EMPLOYMENT – SUBSTITUTE SERVICE PERSONNEL**
The approval of the following as substitute service personnel pending completion
of training and CIB results:
*Substitute Cook*
**PN 57088**
Patricia Williamson

15

21-021626

## 4318 EMPLOYMENT – EXTRA CURRICULAR CONTRACTS

The approval of the following extra-curricular contracts for the 2025-26 SY.

| NAME | DUTY | 1st Sem. | 2nd Sem. |
|------|------|----------|----------|

### Mannington Middle School

| Spears, Lisa | SAT Coordinator | Stipend-51471 | Stipend-51472 |
| Spears, Lisa | 504 Coordinator | Stipend-51474 | Stipend-51473 |

## 4319 AMENDED EMPLOYMENT – EXTRA CURRICULAR CONTRACTS

The approval of the following extra-curricular contracts for the 2025-26 SY.

| NAME | DUTY | 1st Sem. | 2nd Sem. |
|------|------|----------|----------|

### Blackshere Elementary

| Hayes, Lisa | AM Bus Duty | #51488- 30 hrs | |
| Manley, Kristy | Child Nutrition | #51720 – 30 hrs | |
| Manley, Kristie | Bus Radio PM | #51524 – ~~40hrs~~ 20 hrs | |
| Manley, Kristie | 504/SAT hours | #51478/80  ~~8~~ 23 hours | |
| May, Sheena | SAT/504 Meetings | #51478/80  ~~24~~ 44 hours | |
| McLain, Korrie | 504/SAT hours | #51478/80  ~~8~~ 23 hours | |
| Ross, Brandi | PM Bus Duty | #51522-15 hrs | |
| Six, Rachel | AM Bus Duty | #51484-30 hrs | |

### West Fairmont Middle

| Cornwell, Sara | SAT Coordinator | #Stipend-51310 | |

## 4320 RESIGNATION – EXTRA CURRICULAR CONTRACTS

The approval of the extra-curricular resignations as follows:

| NAME | DUTY | 1st Sem. | 2nd Sem. |
|------|------|----------|----------|

### Watson Elementary School

| Friend, Tonya | Point of Service | 51782-45 Effective: February 6, 2026 | |

**YEAS**: Boyles, Costello, Dragich, Rogers, Saunders       **NAYS**: 0

16

21-021626

Mr. Dragich made a motion, seconded by Mr. Rogers to approve the following:

**4321 <u>SUSPENSIONS – PROFESSIONAL</u>**

The approval of <u>Brandon Haggerty</u>, teacher, be suspended for <u>one school day</u> and to be served on <u>January 15, 2026</u> for <u>Violation of the Employee Code of Conduct</u>.

*YEAS:  Boyles, Costello, Dragich, Rogers, Saunders*　　　　　　*NAYS:  0*

Mr. Saunders made a motion, seconded by Mr. Rogers to approve the following:

**21-5000 <u>DISCUSSION – NEW POLICIES, REVISIONS & DELETIONS</u>**

> **First Review – 1-20-26**
> **Second Review – 2-3-26**
> **Third Review – 2-16-26**

**5006 - Policy 3120.12 – Substitutes in Areas of Critical Need and Shortage**

*YEAS:  Boyles, Costello, Dragich, Rogers, Saunders*　　　　　*NAYS:  0*

**21-6000 <u>SUPERINTENDENT'S REPORT</u>**

- Just a couple of things in the 6000 Series, Superintendent's Update.  I did want to commend Mr. Price and the Maintenance Department.  We went through some very difficult temperatures and weather conditions.  Zero pipes burst in Marion County Schools, in any of our facilities, and as you know, that is no small feat.  It is through the diligence of the Maintenance Department and their hard work and insuring that we had no pipes burst.  I also want to commend them in cleaning our lots and getting our facilities prepared.  They went above and beyond, and were extremely conscientious about it and it was like clockwork, I will say.  They did a great job and certainly need to be commended.

- You have a couple of items in your Board folders.  The West Virginia Department of Education has announced that February 23rd through the 27th is Public Schools Week.  "Wear Red for Public Ed" is the theme the WVDE has announced, again, February 23rd through 27th.  We have pushed this out to our principals as well.  "Wear Red for Public Ed".

- Also, in your folders, you do have an English Learners News Quarterly.  This is prepared by our EL teachers and I will say, it is one way to increase the communication with the families of our EL learners, as well as all of our families.  They do a great job on this as an outreach opportunity and we're

17

21-021626

**very pleased to share that with the Board Members. That gets posted on our web page as well as mailed to those families to keep communication open.**

**- You do have a handout that was presented to you at the School Board Association Training. I did reach out to Mr. O'Cull to see if he could do your snapshot as requested, Mr. Saunders. He is working on that, he said they do not have something of that nature and he will work to create one for the School Board Association.**

**- You also have the attorneys fee explanation of the cost. I know Mr. Saunders asked for that, when there is a bill associated with attorney fees.**

**- James Riffle – Provided a Safety & Security Update.**

**- Scott Reider – Provided a Financial Overview.**

## 21-7000 MATTERS FROM THE BOARD

| | |
|---|---|
| Mr. Dragich | - I think I need to mention a student from Fairmont Senior who is up in the Top 5 Students in the Country. That's quite an accomplishment. Something that public education had a say in, I think.<br><br>- I would like to mention, I heard my friend, Rick Boothby, and I actually listened to him this time. He did a good job talking about Special Ed. |
| Mrs. Costello | - No comment |
| Mr. Rogers | - No comment |
| Mr. Saunders | - I only have one thing. I'd like to have a little report from Mrs. DeWitt. I noticed on Facebook, "Going for the Green". I saw all these pictures of her with all these Principals and I liked that. Give us a little, if you don't mind, Superintendent, a little rundown. Mrs. DeWitt moved to the podium and answered, so I was very pleased, as well as the Superintendent, as she mentioned to the Board about our iReady test scores. And when we started desegregating our test scores, and looking at the growth, we had several schools who in our green region, meaning on-grade level or they're mid or above grade level. The goal is to get all of our kids on or above grade level by the end of the year. We had such phenomenal |

18

21-021626

growth in our elementary schools that we just had to celebrate them.  So, we decided, we talked about going green and we did Double Mint gum because the schools that were recognized doubled the amount of students that went from not being in the green to being in the green.  If I could take a moment, I'd like to celebrate a couple of schools.  I know we celebrated all schools, but there are a couple schools I really think you all need to know about.  The first one I want to mention is Fairview Elementary.  Fairview Elementary for their reading.  They almost tripled the numbers.  Which means, for every student they started the year in the green, they tripled that number at the middle of the year.  We are so excited about their growth.  Another school I'd like to bring to your attention is the only school that grew not only in ELA, but also in Math, doubled in both areas, was Blackshere Elementary.  Again, we have not seen this type of growth in years in Marion County Schools and for the first time in a long time, we tried to look back at data, our math scores were higher than our ELA scores.  It's a testament to what our classroom teachers are doing, what our ECCATs are doing, what our learners are doing, our families are doing. Again, collectively they are working together and we're making great strides in our elementary schools.  We are very proud of that and we wanted to celebrate them by giving them Double Mint gum to recognize that they are doubling their numbers and they stick out from the others because of that.  Thank you.

Mr. Boyles        - No comment


Mr. Dragich made a motion, seconded by Mr. Rogers to approve the following:
**7012 STUDENT EXPULSION**
The Superintendent recommends approval of a student to be expelled for one calendar year for Possession/Use of an illegal substance on school property.
*YEAS: Boyles, Costello, Dragich, Rogers, Saunders*        **NAYS**: *0*




**21-8000 LEGAL UPDATE**
N/A

19

21-021626

**Mrs. Costello made a motion, seconded by Mr. Saunders to go into executive session at 4:33 pm to discuss Item #4309.**

**Mrs. Costello made a motion, seconded by Mr. Saunders to return to regular session at 5:06 pm.**

**4309 <u>RENEWAL OF SUPERINTENDENT'S CONTRACT –DR. DONNA HESTON</u>**

Renewal of contract for Dr. Donna Heston as Superintendent commencing on July 1, 2026.

Mr. Boyles made a motion, seconded by Mr. Dragich to approve the following:
**<u>THREE YEAR CONTRACT</u>**
*YEAS*: *Boyles, Dragich*                    *NAYS*: *Costello, Rogers, Saunders*

Mr. Dragich made a motion, seconded by Mr. Boyles to approve the following:
**<u>TWO YEAR CONTRACT</u>**
*YEAS*: *Boyles, Dragich*                    *NAYS*: *Costello, Rogers, Saunders*

Mr. Boyles made a motion, seconded by Mr. Dragich to approve the following:
**<u>ONE YEAR CONTRACT</u>**
*YEAS*: *Boyles, Dragich*                    *NAYS*: *Costello, Rogers, Saunders*

**Mrs. Costello made a motion, seconded by Mr. Rogers to let the current contract expire and to put out a search for a new Superintendent.**
*YEAS: Costello, Rogers*                    *NAYS: Boyles, Dragich*
         *ABSTAINED: Saunders*
***No action taken.***

**21-9000 <u>FUTURE MEETINGS</u>**

| DATE | | PURPOSE | TIME | PLACE |
|---|---|---|---|---|
| Mar 2 | Mon | Regular Session | 3:30 pm | Central Office |
| **Mar 12** | **Thu** | Special Session (Personnel Workshop) | **9:00 am** | Central Office |
| Mar 16 | Mon | Special Session *(Levy – will recess)* | **3:00 pm** | Central Office |
| Mar 16 | Mon | Regular Session | 3:30 pm | Central Office |
| **Apr 15** | **Wed** | Regular Session | 3:30 pm | Central Office |
| Apr 20 | Mon | Regular Session | 3:30 pm | Central Office |
| **April 21** | **Tue** | Special Session *(Levy – will resume)* | **11:00 am** | Central Office |
| **April 23** | **Thu** | Special Session (Personnel Hearings) | **4:30 pm** | Central Office |
| May 4 | Mon | Regular Session | 3:30 pm | Central Office |
| May 18 | Mon | Regular Session | 3:30 pm | Central Office |

20

21-021626

| Jun 1 | Mon | Regular Session | 3:30 pm | Central Office |
| Jun 15 | Mon | Regular Session | 3:30 pm | Central Office |

**ADJOURNED**

*Mrs. Costello made a motion, seconded by Mr. Saunders to adjourn at 5:13 pm.*
**YEAS**: *Boyles, Costello, Dragich, Rogers, Saunders*          **NAYS**:  *0*


_____
**Mr. George Boyles, President**


_____
**Dr. Donna Heston, Superintendent/Secretary**


_____
**Jennifer Jenkins, Executive Secretary**

21